IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SAMUEL BURNINGHAM,<br><br>            Plaintiff,<br><br>v.<br><br>BLAKE AND JANE DOE HENSON, HUSBAND AND WIFE DBA EXTRA MART #60,<br><br>            Defendants. | ORDER OF DISMISSAL<br><br><br>Case No. 2:17-CV-573 TS<br><br>District Judge Ted Stewart |

Plaintiff filed his Complaint on June 13, 2017.  Plaintiff served Defendants on June 22, 2017.  Defendants did not answer or otherwise respond and Plaintiff took no further action.  Therefore, the Court issued an Order to Show Cause on October 24, 2017.

Plaintiff responded to the Order to Show Cause on November 2, 2017.  Plaintiff explained that he planned to file an amended complaint.  Plaintiff then sought leave to file an amended complaint, which the Court granted.  The Court ordered Plaintiff to file his amended complaint by January 29, 2018.  Plaintiff failed to comply with the Court's order and has taken no further action to prosecute his case.  Based upon those failures, it is hereby

ORDERED that this action is DISMISSED WITHOUT PREJUDICE for failure to comply with court orders and failure to prosecute.

DATED this 2nd day of February, 2018.

                      BY THE COURT:

                      _____
                      Ted Stewart
                      United States District Judge